# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146827

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CAPITOL INSURANCE CORPORATION,
Subrogee of BROOKLYN MANOR, L.L.C.,
           Plaintiff-Appellee,

v

                                        SC: 146827
                                        COA: 307949

CONSUMERS ENERGY COMPANY,
           Defendant-Appellant.
                                        Jackson CC: 11-000141-NZ

_____/

      On order of the Court, the application for leave to appeal the January 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013


p0617

                                                  Clerk